IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANNE GLENN WELTNER, FRANCYS JOHNSON, and LAURA REGISTER | ) ) ) ) | |
| Plaintiffs; | ) ) | CIVIL ACTION FILE NO.: |
| vs. | ) ) ) | 1:20-CV-1407 |
| BRAD RAFFENSPERGER, SECRETARY OF STATE, STATE OF GEORGIA, | ) ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION

Brad Raffensperger, in his official capacity as the Secretary of State of Georgia (hereinafter "Defendant" or "the Secretary"), responds to Plaintiff's Request for Hearing on Motion for Preliminary Injunction as follows:

To the extent that Plaintiffs' request is intended to have a hearing on their Motion for Preliminary Injunction held on an expedited basis (and especially to the extent it may be read to suggest that oral argument should be conducted prior to the due date for filing of the Secretary's response to the Motion), such an acceleration is neither warranted nor appropriate under the circumstances.

Plaintiffs' suit was filed on March 31, 2020, but Plaintiffs failed to file their Motion for Preliminary Injunction until April 24, 2020. Ballots for the June 9, 2020, General Primary/Presidential Preference Primary/Non-Partisan General Election have already been sent to voters covered by the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA") who timely requested absentee ballots. Additionally, almost a million non-UOCAVA absentee ballots also have been mailed to Georgia voters. Even though absentee ballot requests continue to come in, ballots have already been built, approved, and printed and it is too late to change them at this point.. Votes have already been cast through completed absentee ballots returned to election officials even though those ballots have not been tabulated, and many more absentee ballots are presumably in transit back to election officials for counting.

However the Court may ultimately decide the issue of whether, or to what extent, Plaintiffs may be entitled to any relief, relief simply cannot be entered as to the June 9 election. Any delay or concern about the timing of a hearing or adjudication on the merits of the Motion for Preliminary Injunction is due entirely to Plaintiffs' delay in seeking relief. Should the Court decide, after reviewing the Secretary's timely substantive response, that it desires to hear oral argument on Plaintiffs' motion, the Secretary's counsel will work with the Court and Plaintiffs'

counsel to facilitate oral argument in a manner consistent with the various COVID-19 related standing orders governing court operations.

Respectfully submitted,

CHRISTOPHER M. CARR   112505
Attorney General

BRYAN K. WEBB   743580
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General

/s/Elizabeth T. Young
ELIZABETH T. YOUNG   707725
Assistant Attorney General

MILES C. SKEDSVOLD   371576
Assistant Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
eyoung@law.ga.gov
404-651-6102

Attorneys for Defendant

**Certificate of Service and of Compliance**
**With L.R. 5.1(C)**

I hereby certify that this filing conforms to the requirements of L.R. 5.1(C). This filing is written in 14 point Times New Roman font.

I hereby certify that on May 5, 2020, I electronically filed this Response with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Bruce P. Brown
BRUCE P. BROWN LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, GA 30306

This 5th day of May, 2020.

/s/Elizabeth T. Young
ELIZABETH T. YOUNG    707725
Assistant Attorney General