# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANNE GLENN WELTNER, FRANCYS JOHNSON, and LAURA REGISTER,<br><br>      Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, SECRETARY OF STATE, STATE OF GEORGIA,<br><br>      Defendant. | Civil Action No. 1:20-cv-01407-ODE |

## PLAINTIFFS' RESPONSE TO COURT ORDER

Plaintiffs Anne Glenn Weltner, Francys Johnson, and Laura Register file this response to this Court's May 18, 2020 Order (Doc. 15). In the Order, the Court found that conducting an election on June 9, 2020 would not be feasible and directed Plaintiffs to "specify the relief they seek in light of today's decision." (Doc. 15 at 20). In response, Plaintiffs state that their rights to vote would be redressed if there is an election for Justice Blackwell's seat on August 11, 2020, which is the date of the run-off elections for the June 9 elections, or on any date to, and including, November 3, 2020, which is the date of the general election. With

1

any election date, Plaintiffs also seek a directive that the Secretary take all reasonable steps to conduct the election, including setting a reasonable qualifying period.

Plaintiffs note that, by separate filing no later than May 29, 2020, Plaintiffs will be seeking leave to file a brief, not to exceed fifteen pages, to address the impact the Georgia Supreme Court's decision in *Barrow v. Raffensperger* upon the analysis of Plaintiffs' claims in this case. Plaintiffs will append the proposed brief to the Motion for Leave.

Respectfully submitted this 28th day of May, 2020.

> */s/ Bruce P. Brown*
> Bruce P. Brown
> Georgia Bar No. 064460
> bbrown@brucepbrownlaw.com
> BRUCE P. BROWN LAW LLC
> 1123 Zonolite Rd. NE
> Suite 6
> Atlanta, Georgia 30306
> (404) 881-0700
> *Attorney for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Complaint has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

>	*/s/ Bruce P. Brown*
>	Bruce P. Brown
>	Georgia Bar No. 064460
>	BRUCE P. BROWN LAW LLC
>	Attorney for Plaintiffs
>	1123 Zonolite Rd. NE
>	Suite 6
>	Atlanta, Georgia 30306
>	(404) 881-0700

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Bruce P. Brown*
Bruce P. Brown
