IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANNE GLENN WELTNER, FRANCYS
JOHNSON, and LAURA REGISTER,

      Plaintiffs,

v.

                          CIVIL ACTION NO.
                          1:20-cv-01407-ODE

BRAD RAFFENSPERGER, SECRETARY
OF STATE, STATE OF GEORGIA,

      Defendant.

## ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File Brief Addressing Barrow v. Raffensperger [Doc. 19]. Plaintiffs' motion is hereby GRANTED.

SO ORDERED, this 11 day of June, 2020.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE