IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
JUN 1 5 2020
James N. Hatten, Clerk

| | |
|---|---|
| ANNE GLENN WELTNER, FRANCYS JOHNSON, and LAURA REGISTER,<br><br>   Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, SECRETARY OF STATE, STATE OF GEORGIA,<br><br>   Defendant. | CIVIL ACTION NO.<br>1:20-CV-1407-ODE |

ORDER

This matter is before the Court on Defendant's Motion for Leave to File Response to Plaintiffs' Brief Addressing Barrow v. Raffensperger [Doc. 24]. Defendant's motion is hereby GRANTED.

SO ORDERED, this 15 day of June, 2020.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE